THOMAS E. MOSS  
UNITED STATES ATTORNEY  
ANTHONY G. HALL  
ASSISTANT UNITED STATES ATTORNEY  
DISTRICT OF IDAHO  
WASHINGTON GROUP PLAZA IV  
800 PARK BOULEVARD, SUITE 600  
BOISE, ID  83712-9903  
TELEPHONE: (208) 334-1211  
FACSIMILE: (208) 334-1413  

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>             Plaintiff,                           )<br>                                                             )<br>vs.                                                       )<br>                                                             )<br>THE SUM OF $3,597,929.68, MORE OR LESS,  )<br>IN UNITED STATES FUNDS, DEPOSITED     )<br>BETWEEN THE DATES OF 3/2/07 AND 3/7/07  )<br>INTO A BANK ACCOUNT AT FIRST               )<br>SECURITY BANK, ROGERS, ARKANSAS,      )<br>AS MORE PARTICULARLY DESCRIBED         )<br>HEREIN,                                                )<br>                                                             )<br>             Defendant.                        )<br>                                                             ) | CV-07-165-S-BLW<br><br>REQUEST FOR ENTRY OF<br>JUDGMENT, DECREE OF<br>FORFEITURE AND<br>CERTIFICATE OF<br>REASONABLE CAUSE |

COMES NOW plaintiff, United States of America, and requests that this Court enter

Judgment, Decree of Forfeiture and Certificate of Reasonable Cause, based upon the following:

1.  Notice of this action was given to all interested parties and notice of this forfeiture

was

published in the Idaho Statesman on December 1, 8 and 15, 2007, in accordance with Rule

G(4)(a) and (b), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture

REQUEST FOR ENTRY OF JUDGMENT - 1

Actions, Federal Rules of Civil Procedure.

    2.  Claims were filed by Supervalu, Inc. (Docket No. 13) and Frito-Lay, Inc. (Docket No. 11).  No other claims were filed.

    3.  The United States, Claimant Supervalu, Inc. and Claimant Frito-Lay, Inc. have entered into a Stipulation which was filed in this action (Docket No. 25) and approved by order of the Court on February 28, 2008 (Docket No. 26).

    4.  Default was entered against Christopher Richards, individually, and as President of Fabulous Furniture, Inc.; and First Security Bank on April 17, 2008 (Docket No. 28) and default judgment may now be entered.

    5.  The terms of the Stipulation have been complied with and forfeiture is warranted based upon the Verified Complaint In Rem filed herein and the referenced Stipulation.

    A proposed judgment is submitted herewith.

    Respectfully submitted this 23rd day of July, 2008.

                          THOMAS E. MOSS  
                          UNITED STATES ATTORNEY  
                          By

_____  
/s/ANTHONY G. HALL  
Assistant United States Attorney  
anthony.hall@usdoj.gov

REQUEST FOR ENTRY OF JUDGMENT - 2

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2008, I served a copy of the foregoing on CM/ECF Registered Participant(s) as reflected on the Notice of Electronic Filing. Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

> Christopher Richards
> Fabulous Furniture, Inc.
> 3100 Eagle Crest Circle
> Springdale, AR 72762-8085
>
> Michael Millar
> First Security Bank Legal Counsel
> 401 West Center St.
> Searcy, AR 72143

                                                _____
                                                /s/Debra Hawker